IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 3:04-CV-01562-MO |
| Plaintiff, | ORDER DISMISSING WRIT OF GARNISHMENT |
| v. | |
| **DAVID L. MARSHALL,** | |
| Defendant, | |
| and | |
| **TARGET CORPORATION,** | |
| Garnishee. | |

The United States of America requests that the garnishment be dismissed pursuant to 28 U.S.C. § 3205(c)(10)(C) of the Federal Rules of Civil Procedure. It is hereby ORDERED that the Writ of Garnishment is dismissed.

DATED this  3   day of  August  2012.

 /s/Michael W. Mosman  
HONORABLE MICHAEL J. MOSMAN  
United States District Court Judge

PRESENTED BY:

S. AMANDA MARSHALL, #95347
United States Attorney


 /s Robert D. Nesler
ROBERT D. NESLER, OSB # 85379
Assistant United States Attorney

Page 2 -    ORDER TO DISMISS GARNISHMENT