IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**UNITED STATES OF AMERICA,**　　　　　　　　　3:04-CV-01562-MO

　　　　　**Plaintiff,**　　　　　　　　　　　　　　　　**ORDER DISMISSING**
　　　　　　　　　　　　　　　　　　　　　　　　　　**WRIT OF GARNISHMENT**
　　　v.

**DAVID L. MARSHALL,**

　　　　　**Defendant,**

　　　and

**OREGON DEPARTMENT OF REVENUE**

　　　　　**Garnishee.**

The United States of America requests that the garnishment be dismissed pursuant to 28 U.S.C. § 3205(c)(10)(C) of the Federal Rules of Civil Procedure. It is hereby ORDERED that the Writ of Garnishment is dismissed.

DATED this  3  day of  August  2012.

　　　　　　　　　　　　　　　　　　　　　 /s/Michael W. Mosman
　　　　　　　　　　　　　　　　　　　　　HONORABLE MICHAEL J. MOSMAN
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

PRESENTED BY:

S. AMANDA MARSHALL, #95347
United States Attorney


 /s Robert D. Nesler
ROBERT D. NESLER, OSB # 85379
Assistant United States Attorney